UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE JUDY INOK KIM,

        Debtor/Appelllee.

No. C 11-745 PJH/ 11-1429 PJH
Bankr. Case No.  09-13736 AJ

**ORDER RE STATUS**

    It has come to the court's attention that on October 11, 2011, the bankruptcy court approved a compromise and authorized the sale of real property free and clear of interests that is the subject of the above pending appeals.  Additionally, it appears that one of the terms of the compromise is that the parties will dismiss the pending appeals.  The parties have yet to notify this court of the compromise or to dismiss the appeals.  The court became aware of the compromise in the course of its work on the above bankruptcy appeals.  Accordingly, the parties are ORDERED to notify the court regarding the status of the above appeals IMMEDIATELY, and if the parties intend to dismiss the appeals, to file such dismissals or a status report with this court no later than **November 18, 2011**.

    **IT IS SO ORDERED.**

Dated: November 15, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge