UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE JUDY INOK KIM,

Debtor/Appelllee.

_____/

No. C 11-745 PJH/ 11-1429 PJH
Bankr. Case No.  09-13736 AJ

**ORDER RE STATUS**

    The parties were required to file a stipulation for dismissal of the appeals or a status report by January 6, 2012.  To date, none has been filed.  Accordingly, the parties are ORDERED to notify the court regarding the status of the above appeals immediately.

**IT IS SO ORDERED.**

Dated: January 13, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge