```
David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Appellee
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>JUDY INOK KIM,<br><br>    DEBTOR.              /<br><br>BMR FUNDING, LLC,<br><br>    APPELLANT,<br><br>v.<br><br>JUDY INOK KIM,<br><br>    DEBTOR/APPELLEE.  / | CASE No. C-11-745 PJH/<br>            C-11-1429 PJH<br><br>BK No. 09-13736<br><br><br><br><br><br><br><br>STIPULATION FOR ORDER<br>DISMISSING CONSOLIDATED<br>APPEALS AND ORDER THEREON |

    The parties hereto stipulate and agree as follows:

    1.  That the parties to the above-captioned matters (hereinafter the "Consolidated Appeals") have reached a Settlement Agreement which will resolve their dispute and settle any and all claims between them pursuant to the terms of the Agreement;

    2.  That pursuant to the terms of the Agreement, the Consolidated Appeals shall be dismissed; and

    3.  That an order in the form set forth below shall be entered herein.

Dated:  1/3/12                  ARCHER NORRIS, PLC

                                        By: */S/ MARK A. OLSON*
                                        MARK A. OLSON,
                                        Attorney for Appellant

1
2
3   Dated:    1/3/12                    DAVID N. CHANDLER, p.c.
4
5                                       By:/S/ DAVID N. CHANDLER, JR.
                                        DAVID N. CHANDLER, JR.,
6                                       Attorney for Appellee

7                                       ORDER
8
9        IT IS SO ORDERED.
10
11  Dated: January 17, 2012

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA